IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, and THE STATE OF TEXAS,<br><br>Plaintiffs,<br><br>vs.<br><br>SID RICHARDSON CARBON, LTD.,<br><br>Defendant. | Civil Action No. 3:17-CV-1792-SDD-RLB |

## DEFENDANT'S MOTION TO ENFORCE
## CONSENT DECREE AND TO ENJOIN STATE COURT ACTION

Defendant Sid Richardson Carbon, Ltd., now known as Tokai Carbon CB Ltd., ("Tokai"),[1] through its undersigned counsel, files this Motion to Enforce the Consent Decree entered by the Court in this proceeding on August 14, 2018 (ECF No. 7, the "Consent Decree"), and to enjoin the action for injunctive relief brought by Orion Engineered Carbons, LLC and Orion Engineered Carbons GmbH (collectively, "Orion") in Texas state district court, which seeks to enjoin Tokai from complying with the express requirements of the Consent Decree. Specifically, Orion filed a lawsuit styled *Orion Engineered Carbons, LLC and Orion Engineered Carbons GmBH v. Haldor Topsoe A/S, Haldor Topsoe, Inc., and Tokai Carbon CB Ltd.*, Cause No. 2019-69832, in the District Court of Harris County, Texas, 151st Judicial District (the "Texas Lawsuit"), seeking in part to frustrate the implementation of this Court's Consent Decree

---

[1] Tokai Carbon CB Ltd. is a limited partnership organized under the laws of the State of Texas with its principal place of business located at 301 Commerce Street, Suite 500, Fort Worth, Texas 76102. Tokai has acquired all rights and interest in Defendant Sid Richardson Carbon, Ltd. and is the successor-in-interest to all of Defendant's rights and obligations as set forth in the Consent Decree entered in this case. ECF No. 7.

**DEFENDANT'S MOTION TO ENFORCE**
**CONSENT DECREE AND TO ENJOIN STATE COURT ACTION**                                    Page 1

by requesting that the Texas court enter a temporary injunction enjoining Tokai "from incorporating [Haldor Topsoe's] SNOX technology for use in any carbon black plant in the U.S." despite the fact that Paragraphs 19, 49, and 50 of the Consent Decree require Tokai to incorporate such technology into its carbon-black plants.  An injunction issued in the Texas Lawsuit prohibiting Tokai from implementing this technology will prohibit Tokai from complying with its obligations under this Court's Consent Decree, frustrating this Court's jurisdiction and its prior judgments.

For the reasons more fully explained in the accompanying Memorandum in Support, Tokai respectfully requests that the Court enjoin Orion from seeking injunctive relief in the Texas Lawsuit pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and the Anti-Injunction Act, 28 U.S.C. §2283, as a necessary writ issued in aid of the Court's own jurisdiction and to effectuate its prior judgment.

Respectfully submitted,

*/s/ S. Bradley Rhorer*

S. Bradley Rhorer
Louisiana State Bar No. 25487
bradr@rhorerlaw.com
RHORER LAW FIRM
10566 Airline Highway
Baton Rouge, Louisiana 70816
(225) 292-2767
(225) 292-2769 (Facsimile)

Richard D. Anigian (Lead Attorney)
Texas State Bar No. 01264700
rick.anigian@haynesboone.com
Charles M. Jones II
Texas State Bar No. 24054941
charlie.jones@haynesboone.com
George T. Graves
Texas State Bar No. 24066942
george.graves@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000
(214) 651-5940 (Facsimile)
(*pro hac vice* applications to be submitted)

**ATTORNEYS FOR DEFENDANT
SID RICHARDSON CARBON, LTD., n/k/a
TOKAI CARBON CB LTD.**

## CERTIFCATE PURSUANT TO LOCAL CIVIL RULE 65

      I hereby certify, as counsel for Sid Richardson Carbon, Ltd., now known as Tokai Carbon CB Ltd. ("Tokai"), that I notified counsel of record for the United States of America, the Louisiana Department of Environmental Quality, and the State of Texas, that Tokai intended to file the above Motion to Enforce Consent Decree and to Enjoin State Court Action, and provided counsel with draft copies of the Motion and the Memorandum in Support of the Motion. This Motion does not seek relief against any of the above-named Plaintiffs in this action. I also certify that, concurrent with filing this Motion, Tokai has provided (1) notice of Tokai's intent to file the above Motion on October 29, 2019; and (2) the Motion, the Memorandum in Support of the Motion, and all exhibits thereto to counsel of record for Orion Engineered Carbons, LLC and Orion Engineered Carbons GmbH (collectively, "Orion"), the parties adverse to the relief requested in this Motion. Counsel for Orion has indicated that they oppose this Motion. Such notice and copies were also provided to counsel for Haldor Topsoe, Inc., a co-defendant in the state court action that Tokai requests this Court enjoin. Counsel for Haldor Topsoe, Inc. has indicated that they do not oppose this Motion.

                                                  */s/ Charles M. Jones II*
                                                  Charles M. Jones II

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2019, I electronically transmitted the attached document to all counsel of record via the Court's ECF system.

                                                  */s/ S. Bradley Rhorer*
                                                  S. Bradley Rhorer