IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, and THE STATE OF TEXAS, § § § § § § | |
| Plaintiffs, § | Civil Action No. 3:17-CV-1792-SDD-RLB |
| § | |
| vs. § | |
| § | |
| SID RICHARDSON CARBON, LTD., § § | |
| Defendant. § | |

### DECLARATION OF GEORGE T. GRAVES
### IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE
### CONSENT DECREE AND TO ENJOIN STATE COURT ACTION

I, George T. Graves, declare as follows:

1. I am an attorney at the law firm of Haynes and Boone, LLP, counsel for Sid Richardson Carbon, Ltd., now known as Tokai Carbon CB Ltd. ("Tokai"). I am licensed to practice law in the State of Texas and will shortly be submitting my application to appear before the Court in this matter *Pro Hac Vice*.

2. This declaration is made of my own personal knowledge obtained in my role as counsel of record for Tokai in this action, I am over 18 years of age, and I am competent to testify as to same.

3. This declaration is submitted in support of Tokai's Motion to Enforce Consent Decree and to Enjoin State Court Action.

4. Attached as Exhibit "1" is a true and correct copy of the Verified Original Petition and Application for Temporary Injunction (the "Petition") as filed on September 25, 2019 in the

lawsuit styled *Orion Engineered Carbons, LLC et al. v. Haldor Topsoe A/S et al.*, Cause No. 2019-69832, in the District Court of Harris County, Texas, 151st Judicial District. All redactions in the Petition were made by counsel for the state-court plaintiffs prior to its filing and are included for the sake of completeness.

5. Attached to the Petition as Exhibit B is a true and correct copy of Tokai's May 13, 2019 submission to the United States Environmental Protection Agency ("EPA") and the Texas Commission on Environmental Quality regarding Tokai's proposal to implement a specific package of pollution-control technology at Tokai's carbon-black plant in Borger, Texas (the "Pollution-Control Plan"), pursuant to paragraphs 19 and 49 of the Consent Decree entered in this matter.

6. Attached as Exhibit "2" is a true and correct copy of the EPA's approval of the Pollution-Control Plan sent to Suzanne Murray, Tokai's legal counsel, on May 17, 2019. Ms. Murray is a partner at Haynes and Boone, LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2019

_____
George T. Graves

**DECLARATION OF GEORGE T. GRAVES**
**IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE**
**CONSENT DECREE AND TO ENJOIN STATE COURT ACTION**                              Page 2