# EXHIBIT 2

| | |
|---|---|
| **From:** | Quinn, Elias (ENRD) |
| **To:** | Murray, Suzanne |
| **Cc:** | Evans, Carlos; Ortega, Kellie |
| **Subject:** | CD Implementation: 4/9 Meeting Follow-up |
| **Date:** | Friday, May 17, 2019 8:39:00 AM |

Suzanne,

I wanted to thank you all for coming in last week to discuss CD implementation matters.  We really appreciate your forthright approach to dealing with these issues, and I believe communicating early and often about these matters as they develop will help us resolve them quickly and with a common sense of respect and understanding for the other side's positions.

Having reviewed your materials and other SNOx literature, EPA agrees that this control technology, if properly designed and installed, should be able to serve as an alternate equivalent pollution control technology to Limestone WGS systems.

Finally, we look forward to seeing the PM warning system write-up regarding the development of the alarm levels and their use in practice (e.g., the "high" versus "high-high" alarms) in Tokai's next semi-annual report under the CD.

If you have any questions, please don't hesitate to ask.

Cheers,
Eli

-------------------------------------------
Elias L. Quinn
United States Department of Justice
Environmental Enforcement Section
ph: 202.514.2756 | f: 202.514.0097